# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 99-1586-CIV-ORL-19A

FILED

00 APR -7 PM 3: 12

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Plaintiff:
**Norma Tyree**

vs.

Defendant:
**School Board of Brevard County, Florida**

For:
Kathryn Piscitelli, Esquire
Egan, Lev & Siwica, P.A.
P.O. Box 2231
Orlando FL 32802-2231

Received by PROCESS EXPRESS/WORLD CLASS INV. INC. on the 30th day of March, 2000 at 1:40 pm to be served on **SCHOOL BOARD OF BREVARD COUNTY, David E. Sawyer, Superintendent, 2700 Judge Fran Jamieson Way, Viera, FL 32940**.

I, Carl J. Russell, do hereby affirm that on the **5th day of April, 2000** at **10:25 am**, I:

SERVED the within named PUBLIC AGENCY by delivering a true copy of the **Summons, Complaint** with the date and hour of service endorsed thereon by me, to David E. Sawyer as Superintendent of the within named agency and informing such person of their contents, pursuant to F.S. 48.111.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which the service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. F.S.92.525(2).

Carl J. Russell
Cps#065

PROCESS EXPRESS/WORLD CLASS INV. INC.
P.O. Box 510549
Melbourne Beach, FL 32951-0549
(321) 728-0641

Our Job Serial Number: 2000003560

Copyright © 1992-1999 Database Services, Inc - Process Server's Toolbox V5 3c

5

# United States District Court

Middle DISTRICT OF Florida

Norma Tyree

Plaintiff

v.

School Board of
Brevard County, Florida

Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 99-1586 CIV-ORL-19A

TO: (Name and Address of Defendant)

School Board of Brevard County
David E. Sawyer, Superintendent
2700 Judge Fran Jamieson Way
Viera, FL 32940

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Kathryn Piscitelli
Egan, Lev & Siwica, P.A.
P.O. Box 2231
Orlando, FL 32802
Phone (407) 422-1400
Fax (407) 422-3658

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SHERYL L. LOESCH

CLERK

_pat Rohr_

BY DEPUTY CLERK

DATE 3/28/00

WORLD CLASS INVESTIGATIONS, INC
D/B/A PROCESS EXPRESS
P.O. BOX 510549
MELBOURNE BEACH, FL 32951
(407)728-0640

00-755