UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2000 MAY 23 PM 4: 37

CLERK U S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 99-1586-CIV-ORL-19A

NORMA TYREE

    Plaintiff,

-vs-

SCHOOL BOARD OF BREVARD COUNTY,
FLORIDA, and DAVID E. SAWYER, in
his official capacity as
Superintendent of Brevard County
Public Schools,

    Defendants.
_____/

## DEFENDANT, DAVID E. SAWYER'S, MOTION TO DISMISS FIRST AMENDED COMPLAINT

The Defendant, DAVID E. SAWYER, in his official capacity as Superintendent of Brevard County Public Schools, [hereinafter SAWYER], hereby files this Motion to Dismiss all claims against him set forth in the First Amended Complaint of the Plaintiff, NORMA TYREE [hereinafter TYREE], for the reasons set forth below.

TYREE has sued SAWYER in his official capacity as Superintendent of the Brevard County Public Schools. As the Plaintiff's Amended Complaint reveals, her claims under the ADA, the Rehabilitation Act, and the Florida Civil Rights Act, relate to

1

alleged accessibility problems at certain SCHOOL BOARD facilities, as well as to allege retaliation against TYREE after she complained of such alleged problems. As TYREE properly asserts, in Paragraph 2 of the Amended Complaint, the SCHOOL BOARD is the entity which governs the public schools in Brevard County, Florida. SAWYER is the Superintendent of such schools.

SAWYER should be dismissed as a Defendant in this case because official capacity suits under he civil rights statutes serve no purpose in that such suits are nothing more than claims against the governmental entity. Thus, such suits are properly dismissed.

WHEREFORE, Defendant, SAWYER, respectfully respectfully requests that this Court dismiss the official capacity claim brought against him in this case by the Plaintiff, TYREE.

### MEMORANDUM OF LAW IN SUPPORT OF MOTION

As mentioned above, official capacity suits serve no purpose. These claims constitute nothing but claims against the governmental entity and are properly dismissed. <u>Busby v. City of Orlando</u>, 931 F.2d 764, 776 (11th Cir. 1991).

Accordingly, the official capacity claim brought against Defendant, SAWYER, as Superintendent of the Brevard County Public Schools, should be dismissed, with prejudice.

Respectfully submitted,

_____
Michael H. Bowling
Fla. Bar No. 333026
Trial Counsel
BELL, LEEPER & ROPER, P.A.
P.O. Box 3669
Orlando, Florida 32802
(407) 843-1661
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that copy hereof was furnished by U.S. Mail to Kathryn Piscitelli, P. O. Box 2231, Orlando, FL 32802, this 23rd day of May, 2000.

_____
Michael H. Bowling
Fla. Bar No. 333026
Trial Counsel
BELL, LEEPER & ROPER, P.A.
P.O. Box 3669
Orlando, Florida 32802
(407) 843-1661
Attorneys for Defendant